UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1168 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE LOREN,<br>AKA MICHELLE SCHLOSSER,<br><br>Defendant. | ) | **ORDER VACATING BENCH WARRANT** |

This matter comes before the Court on motion of the United States to vacate the Bench Warrant issued on February 6, 2003, for defendant's failure to appear pursuant to an Order for Debtor's Examination on the grounds that, using his best efforts, the United States Marshal has been unable to locate the defendant.

Accordingly, IT IS HEREBY ORDERED that the Bench Warrant issued on February 6, 2003, is vacated.

Dated: 8/14/06

Franklin L Noel
United States Magistrate Judge

SCANNED
AUG 15 2006
U.S. DISTRICT COURT MPLS