A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 23 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

MICHELLE LOREN

CASE NUMBER: CV01-1168JMR/FLN
0341-0218-0318-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Michelle Loren
17942 Kent Street Northwest
Elk River, MN 55330

and bring him or her forthwith to the nearest magistrate judge

charging him or her with failure to appear for debtor's examination

Ordered by Magistrate Judge J. Earl Cudd , United States District Court Minneapolis, MN

Denise La Fond
(By) Denise La Fond, Deputy Clerk

February 12, 2003 - Mpls, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ____________________

DATE 8-14-06
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lamette

_Name and Title of Arresting Officer Signature of Arresting Officer

FEB 13 2 50 PM '03
RECEIVED
U.S. MARSHAL
MPLS., MINN.

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

SCANNED
AUG 23 2006
U.S. DISTRICT COURT MPLS

n:/.../warrant.frm