IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CIVIL NO. 01-1168 JMR/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHELLE LOREN SCHLOSSER,

Defendant.

**ATTACHMENT A**

You have been ordered to appear before the U.S. Magistrate Judge and bring with you a copy of your Federal Tax Returns for the last three years, a current pay stub, all documents evidencing ownership of personal or real property having a value in excess of $100, and the following:

All titles, deeds, mortgages and other documents evidencing your ownership in real estate,

All leases, notes receivable, mortgages, liens, contracts and other documents evidencing income, dividends or royalties owed or paid to you,

All records, including pay stubs evidencing your gross wages and/or salary and/or commissions and net wages for the last six (6) months,

All records establishing ownership in all of part of any business as sole owner, partner or stockholder and the financial condition of such business for the last three years including a statement of assets, inventories, liabilities, gross and net income and the amount of any undistributed profits in the business,

All titles and registrations for all motor vehicles owned by you in whole or in part,

All receipts appraisals and other statements or documents establishing your ownership and value of jewelry and furs owned by you,

Statement for all your checking, savings and trust accounts for the last twelve (12) months,

All records and statements for certificates of deposit, savings bonds, stocks, bonds, coupons and mutual funds,

All life insurance policies currently in effect and all records evidencing their face value and case surrender value,

All records establishing your interest in any account held by someone else on your behalf in any bank, savings institution or credit union,

All records evidencing your ownership interest in any property real or personal in the possession of or name of any person or corporation,

A list of all your real property transferred since payment of this debt was demanded and all records establishing the transfer and the value received,

All records evidencing your receipt of any pension, disability compensation, retirement pay or other benefits from the United States or any other source,

All records and statements indicating installment debts for the last twelve (12) months,

All records or documents indicating judgments you owe,

An itemized list of all items owned and used in your trade or business and all records or documents indicating the value of such items.