# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Michelle R. Loren, a/k/a Michelle Schlosser,

Defendant.

COURT MINUTES - CIVIL
BEFORE: Raymond L. Erickson
Chief U.S. Magistrate Judge

| | |
|---|---|
| Case No: | Civ. No. 01-1168 (JMR/FLN) |
| Date: | June 24, 2008 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 1:35 p.m. |
| Time Concluded: | 1:36 p.m. |
| Time in Court: | 0 Hours & 1 Minutes |

Hearing on: **Debtor Examination Hearing**

APPEARANCES:

Plaintiff: Mary L. Trippler, Assistant United States Attorney
Defendant: No appearance

PROCEEDINGS:

- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☒ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Proceedings continued to ___________________ at _________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☒ Written order forthcoming.

s/BAS
Judicial Law Clerk