UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-1168 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHELLE LOREN SCHLOSSER, Defendant. | ) | BENCH WARRANT |

The United States Marshal is hereby commanded to arrest defendant, Michelle Loren Schlosser, and bring defendant forthwith before the undersigned for the reason that defendant failed to appear on June 24, 2008, at 1:30 p.m. pursuant to an Order for Debtor's Examination in the above-entitled case.

The United States Marshal is further commanded to detain defendant in custody until defendant is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Dated: June 25, 2008

BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE