UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL No. 01-1168 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER VACATING** |
| | ) | **BENCH WARRANT** |
| MICHELLE LOREN SCHLOSSER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on motion of the United States to vacate the Bench Warrant issued on June 25, 2008, for defendant's failure to appear pursuant to an Order for Debtor's Examination. The United States will be closing it's case on this matter.

Accordingly, IT IS HEREBY ORDERED that the Bench Warrant issued June 25, 2008, is vacated.

Dated: July 2, 2008 BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE